**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Riverside DIVISION**

In re: HOPE ACADEMY, INC.

§
§
§
§

Case No. 6:16-bk-19407-WJ

    Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

       Charles Daff, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $200,696.96 <br> *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $1,362,479.95 | Claims Discharged <br> Without Payment: N/A |
| Total Expenses of Administration: $214,476.58 | |

       3) Total gross receipts of $1,576,956.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,576,956.53 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $34,767.19 | $1,367.75 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $214,476.58 | $214,476.58 | $214,476.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $27,115.96 | $21,486.97 | $21,486.97 | $21,486.97 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $11,356,051.95 | $3,521,169.40 | $3,521,169.40 | $1,340,992.98 |
| **TOTAL DISBURSEMENTS** | $11,417,935.10 | $3,758,500.70 | $3,757,132.95 | $1,576,956.53 |

4) This case was originally filed under chapter 7 on 10/21/2016.  The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      12/09/2020                   By: /s/ Charles  Daff
                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Savings Account Account at Bank of America 16990 Bear Valley Road Victorville, CA 92395, xxxxxx4774 | 1129-000 | $1,345,311.10 |
| Customer refund for account 005063897101 | 1229-000 | $214.86 |
| LIQUIDATED_DEBTS_OWING_DEBTOR | 1290-000 | $24,000.00 |
| Checking account Account at Bank of America 16990 Bear Valley Road Victorville, CA 92395, xxxxxx5495 | 1129-000 | $141,128.19 |
| Customer refund credit/BP 0003386406 | 1229-000 | $247.57 |
| Office equipment, including all computer equipment and communication systems equipment and software | 1129-000 | $38,000.00 |
| Payroll Checking Account Account at Bank of America 16990 Bear Valley Road Victorville, CA 92395, xxxxxx2752 | 1129-000 | $640.60 |
| Young Minney & Corr Trust Account | 1290-000 | $27,367.46 |
| Water damage claim Invoice No 000572619 | 1229-000 | $23.67 |
| Customer refund | 1229-000 | $23.08 |
| **TOTAL GROSS RECEIPTS** | | **$1,576,956.53** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Kern County Treasurer Tax Collector | 4800-000 | NA | $1,367.75 | $0.00 | $0.00 |
| N/F | Ford Credit | 4210-000 | $15,297.70 | NA | NA | NA |
| N/F | Ford Credit | 4210-000 | $19,469.49 | NA | NA | NA |
| | **TOTAL SECURED** | | **$34,767.19** | **$1,367.75** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Charles Daff | 2100-000 | NA | $70,558.70 | $70,558.70 | $70,558.70 |
| Trustee, Expenses - Charles Daff | 2200-000 | NA | $1,867.47 | $1,867.47 | $1,867.47 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $2,688.39 | $2,688.39 | $2,688.39 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $49,540.54 | $49,540.54 | $49,540.54 |
| Other Chapter 7 Administrative Expenses - Bank of America | 2990-000 | NA | $319.43 | $319.43 | $319.43 |
| Attorney for Trustee Fees (Other Firm) - John P. Pringle Roquermore, Pringle & Moore, Inc. | 3210-000 | NA | $67,682.00 | $67,682.00 | $67,682.00 |
| Special Counsel for Trustee Fees - Alex Craigie | 3210-600 | NA | $2,844.00 | $2,844.00 | $2,844.00 |
| Attorney for Trustee Expenses (Other Firm)  - John Pringle Roquemore, Pringle, Morre, Inc | 3220-000 | NA | $1,487.28 | $1,487.28 | $1,487.28 |
| Accountant for Trustee Fees (Other Firm) - Hahn Fife & Company | 3410-000 | NA | $2,688.00 | $2,688.00 | $2,688.00 |
| Accountant for Trustee Fees (Other Firm) - Christy White Associates | 3410-000 | NA | $14,305.76 | $14,305.76 | $14,305.76 |
| Accountant for Trustee Expenses (Other Firm) - Christy White Associates | 3420-000 | NA | $237.01 | $237.01 | $237.01 |
| Accountant for Trustee Expenses (Other Firm) - Hahn Fife & Company | 3420-000 | NA | $258.00 | $258.00 | $258.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$214,476.58** | **$214,476.58** | **$214,476.58** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue ServiceDepartment of Treasury | 5800-000 | $27,115.96 | $0.00 | $0.00 | $0.00 |
| 4 | State Board of Equalization/Spec Ops MIC 55 | 5800-000 | NA | $1,094.00 | $1,094.00 | $1,094.00 |
| 5P | Cesar Chavez Foundation Paul Park | 5600-000 | NA | $2,775.00 | $2,775.00 | $2,775.00 |
| 16-2 | Howard Shangraw | 5300-000 | NA | $9,680.19 | $9,680.19 | $9,680.19 |
| 17-2 | Kathleen Radnich | 5300-000 | NA | $6,183.67 | $6,183.67 | $6,183.67 |
| Employer | Employment Development Dept | 5800-000 | NA | $461.42 | $461.42 | $461.42 |
| Employer | Internal Revenue Service | 5800-000 | NA | $1,292.69 | $1,292.69 | $1,292.69 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$27,115.96** | **$21,486.97** | **$21,486.97** | **$21,486.97** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue ServiceDepartment of Treasury | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 2 | Xerox Corporation c/o James K Haney Esq Wong Fleming | 7100-000 | NA | $118,353.88 | $118,353.88 | $45,718.96 |
| 3 | Caskey & Holzman | 7100-000 | $0.00 | $190,000.00 | $190,000.00 | $73,395.17 |
| 5U | Cesar Chavez Foundation Paul Park | 7100-000 | $96,388.92 | $112,568.98 | $112,568.98 | $43,484.30 |
| 6 | Morongo Unfied School District | 7100-000 | NA | $46,776.64 | $46,776.64 | $18,069.36 |
| 7 | Howard & Howard Attorneys PLLC ATTN: Lisa Gretchko ATTN: Ryan Ellis | 7100-000 | $26,430.80 | $28,180.25 | $28,180.25 | $10,885.76 |
| 8 | DTW Partners | 7100-000 | $1,943,941.20 | $944,259.00 | $944,259.00 | $364,758.08 |
| 9 | DTW Partners | 7100-000 | NA | $36,662.00 | $36,662.00 | $14,162.17 |
| 10 | DTW Partners | 7100-000 | NA | $261,184.00 | $261,184.00 | $100,892.84 |
| 12 | P&N Company | 7100-000 | $4,825,720.88 | $684,000.00 | $684,000.00 | $264,222.56 |
| 13 | Wells Fargo Vendor Financial Services LLC | 7100-000 | NA | $354,458.23 | $354,458.23 | $136,923.77 |
| 14 | Wells Fargo Financial Leasing Inc | 7100-000 | $5,380.00 | $6,179.44 | $6,179.44 | $2,387.06 |
| 18 | East West Bank | 7100-000 | NA | $79,920.00 | $79,920.00 | $30,872.32 |
| 19 | East West Bank | 7100-000 | NA | $10,250.23 | $10,250.23 | $3,959.56 |
| 20 | East West Bank | 7100-000 | $1,278,720.00 | $233,760.00 | $233,760.00 | $90,299.22 |
| 21 | Hi-Desert Cultural Center | 7100-000 | $0.00 | $330,792.89 | $330,792.89 | $127,782.08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22-2 | Hi-Desert Cultural Center | 7100-000 | NA | $33,070.32 | $33,070.32 | $12,774.74 |
| 23 | National Playground Construction, LLC | 7200-000 | $9,747.50 | $6,448.00 | $6,448.00 | $0.00 |
| 24 | Star2Star Communications, LLC | 7200-000 | $2,588.52 | $43,257.04 | $43,257.04 | $0.00 |
| 25 | Young Minney & Corr, LLP | 7100-000 | NA | $1,048.50 | $1,048.50 | $405.03 |
| N/F | Ally | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $3,166.00 | NA | NA | NA |
| N/F | Barbara Conway CIS Georgiy B. Lyudyno | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Carriage Square, LLC | 7100-000 | $1,042,179.68 | NA | NA | NA |
| N/F | Craig Hummel &Associates | 7100-000 | $2,111,420.85 | NA | NA | NA |
| N/F | Edlio | 7100-000 | $9,180.00 | NA | NA | NA |
| N/F | Howard Shangraw | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kathleen Radnich | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kern County Treasurer Tax Collector | 7100-000 | $1,187.60 | NA | NA | NA |
| N/F | PB 240, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Southern California Edison | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Stater Bros | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$11,356,051.95** | **$3,521,169.40** | **$3,521,169.40** | **$1,340,992.98** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 6:16-bk-19407-WJ

**Case Name:** HOPE ACADEMY, INC.

**For Period Ending:** 12/09/2020

**Trustee Name:** (001413) Charles Daff

**Date Filed (f) or Converted (c):** 10/21/2016 (f)

**§ 341(a) Meeting Date:** 11/22/2016

**Claims Bar Date:** 02/27/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account Account at Bank of America 16990 Bear Valley Road Victorville, CA 92395, xxxxxx5495<br>Bank of American acct 5495 | 186,144.76 | 186,144.76 | | 141,128.19 | FA |
| 2 | Payroll Checking Account Account at Bank of America 16990 Bear Valley Road Victorville, CA 92395, xxxxxx2752<br>Bank America acct 2752 | 340.79 | 340.79 | | 640.60 | FA |
| 3 | Savings Account Account at Bank of America 16990 Bear Valley Road Victorville, CA 92395, xxxxxx4774<br>Bank America acct 4774 | 1,170,125.42 | 1,170,125.42 | | 1,345,311.10 | FA |
| 4 | Lessor: JLEE Property LLC Property address: 46-100 Rubidoux, Suite C-8-9-10, Indio, CA 92201<br>Surrender by Debtor Pre-Petition | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5 | Lessor: Cesar Chavez Foundation Property address: 6313 Schirra Court, Bakersfield, CA 93313<br>Surrendered by Debtor pre-petition | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 6 | Lessor: Hi-Desert Cultural Center Property address: 61231 Twentynine Palms Hwy, Joshua Tree, CA 92252<br>surrendered by debtor pre petition | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 7 | Lessor: PB240, LLC Property Address: 240 Maple Drive, Beaumont, CA 92223<br>surrendered by debtor pre petition | 11,500.00 | 11,500.00 | | 0.00 | FA |
| 8 | Lessor: Hummel and Associates Property Address: 20601 Highway 202, Tehachapi, CA 93561<br>surrendered by debtor pre petition | Unknown | 0.00 | | 0.00 | FA |
| 9 | Southern California Edison active account Multiple locations Account #2337848352<br>utility services acct 8352 | 12,285.00 | 12,285.00 | | 0.00 | FA |
| 10 | A/R 90 days old or less. Face amount = $2600. Doubtful/Uncollectible accounts = $0. | 2,600.00 | 2,600.00 | | 0.00 | FA |
| 11 | A/R 90 days old or less. Face amount = $956.94. Doubtful/Uncollectible accounts = $0.<br>account receivable | 956.94 | 956.94 | | 0.00 | FA |
| 12 | A/R Over 90 days old. Face amount = $130016.02.Doubtful/Uncollectible accounts = $0.<br>account receivable | 130,016.02 | 130,016.02 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

Exhibit 8

Page: 2

## Asset Cases

**Case No.:**    6:16-bk-19407-WJ

**Case Name:**    HOPE ACADEMY, INC.

**For Period Ending:**    12/09/2020

**Trustee Name:**    (001413) Charles Daff

**Date Filed (f) or Converted (c):**    10/21/2016 (f)

**§ 341(a) Meeting Date:**    11/22/2016

**Claims Bar Date:**    02/27/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Office equipment, including all computer equipment and communication systems equipment and software<br>See "Attachment A to Schedule A/B".<br>Due to clerical error, prior asset description was entered incorrectly.   Corrected on 10/22/19. | 240,547.00 | 240,547.00 | | 38,000.00 | FA |
| 14 | 2014 Ford Fusion VIN 3FA6POK99ER392989. Valuation Method: Kelly Blue Book | 14,554.00 | 14,554.00 | | 0.00 | FA |
| 15 | 2015 Ford Fusion VIN 1FA6POH73F5102336. Valuation Method: Kelly Blue Book | 14,285.00 | 14,285.00 | | 0.00 | FA |
| 16 | Utility trailer VIN 1ZCF17E29EZ341786 no license plate ar registration information. Valuation Method: | 0.00 | 0.00 | | 0.00 | FA |
| 17 | hacharter.org hopeacademycharter.com hopeacademycharte r.o rg. Valuation Method: | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Notes Receivable: Textbooks -Appraised by Bendis Companies -See "Attachment B to Schedule A/B". Total Face amount - Uncollectable amount = $0 - $0 | Unknown | 0.00 | | 0.00 | FA |
| 19* | LIQUIDATED_DEBTS_OWING_DEBTO R (u) (See Footnote) | 24,000.00 | 24,000.00 | | 24,000.00 | FA |
| 20 | Water damage claim Invoice No 000572619 (u) | 0.00 | 0.00 | | 23.67 | FA |
| 21 | Customer refund for account 005063897101 (u) | 0.00 | 0.00 | | 214.86 | FA |
| 22 | Customer refund credit/BP 0003386406 (u) | 0.00 | 0.00 | | 247.57 | FA |
| 23 | Customer refund (u) | 0.00 | 0.00 | | 23.08 | FA |
| 24* | Young Minney & Corr Trust Account (u) (See Footnote) | 0.00 | 0.00 | | 27,367.46 | FA |
| **24** | **Assets Totals (Excluding unknown values)** | **$1,821,854.93** | **$1,821,854.93** | | **$1,576,956.53** | **$0.00** |

RE PROP# 19    claim paid for water damage to school facility located at 17125 Silica Rd., Victorville, Ca.

RE PROP# 24    Funds Turned Over by law firm on 12/13/19 from Client Trust Account

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

Case No.:    6:16-bk-19407-WJ

Case Name:    HOPE ACADEMY, INC.

For Period Ending:    12/09/2020

Trustee Name:    (001413) Charles Daff

Date Filed (f) or Converted (c):    10/21/2016 (f)

§ 341(a) Meeting Date:    11/22/2016

Claims Bar Date:    02/27/2017

**Major Activities Affecting Case Closing:**

10/26/20 close account after EDD cashes check

06/22/20 close account #3791

06/19/20 transfer funds to new account as result of unauthorized checks deposited for payment to account.

05/06/20 Order on TFR entered by court and distribution made to creditors

04/02/20 Court enters Order to continue TFR to 05/06/20

03/13/20 TFR hearing set for 04/21/20

2/24/20 JG reviewed the docket and confirmed no amended Schedule A, B, and or C was filed.

02/03/20 TFR to OUST

01/30/2020 Trustee to file TFR with OUST 01/30/2020

1/20/20 JG reviewed the docket and confirmed no amended Schedule A, B, and or C was filed.

12/15/19 JG reviewed the docket and confirmed no amended Schedule A, B, and or C was filed.

11/5/19 JG reviewed the docket and confirmed no amended Schedule A, B, and or C was filed.

***********************FOR PERIOD ENDING 09/30/19***********************

INITIAL PROJECTED DATE 11/01/19    CURRENT PROJECTED DATE:    12/30/19

ASSETS: The assets in the case are fully liquidated by the trustee.

TAXES: The Tax Clearance Letter was received from the IRS on or about 05/24/18.  There are no taxes due.
        The Final Audit prepared by accountant for trustee,  Christy White,  as required by the Morongo
School District was submitted to the  school district and accepted.

LITIGATION: There is no litigation in this case.

INSURANCE: There is no property which requires insurance at this time.

CLAIM OBJECTIONS:  On 06/05/18 the trustee scheduled objections to claims for the following claims: Claim
No. 3, Claim No. 6, Claim No. 15, Claim No 16, Claim No 17, Claim No 22. The court entered an Order to
Deny Trustee's Objection to Claims for lack of supporting evidence and law on 07/03/18.  The trustee with the
assistance of counsel has resolved the issues with the claims as follows:

Claim #3 Caskey & Holzman:  On 10/18/19 the trustee filed a motion to approve compromise of claim. The
basis of the claim is a state court complaint for wrongful termination of employee of debtor.
Claim#5 Cesar Chavez Foundation:  The creditor has reduced it claim by filing an amended proof of claim.
Claim#6 Morongo Unified School District.  The creditor has provided additional information to support the
claim as filed.
Claim #12 P&N Company: The creditor entered into an agreement with the trustee to reduce the claim.  A
Order Approving Compromise was entered on 05/30/19.
Claim#15 Tehachaipi Unified School District:  Hearing on Objection to Claim scheduled 11/19/19 after
multiple request for supporting documentation.
Claim#16 Howard Shangraw: The creditor has amended the proof of claim
Claim#17 Kathleen RadnichL The creditor has amended the proof of claim
Claim#22 Hi-Desert Cultural Center: The creditor has provided additional information to support the claim as

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 4

Case No.:    6:16-bk-19407-WJ

Case Name:    HOPE ACADEMY, INC.

Trustee Name:    (001413) Charles Daff

Date Filed (f) or Converted (c):    10/21/2016 (f)

§ 341(a) Meeting Date:    11/22/2016

For Period Ending:    12/09/2020

Claims Bar Date:    02/27/2017

filed.

STATUS: On 10/16/19 the trustee filed a Notice to Professional for Fee Applications and Request for Court Costs.  The trustee  has concurrently filed the Motion to Approve Compromise for Claim #3 and the Objection to Claim #15.  Immediately upon entry of the Order to Approve Compromise for Claim #3 and Order on Claim Objectio for Claim#15 , the case is ready for the Trustee's Final Report. The Current Projected Date is 12/30/19.

------------------------------

10/16/19 Trustee files Notice to Professionals and Request for Court Costs.

10/16/19 Trustee signs Declaration to Settle Boland PI Claim for Motion to Compromise

10/11/19 REVIEW DOCKET/STATUS C DAFF

09/16/19 JG reviewed the docket and confirmed no amendments have been filed.

09/15/19 REVIEW DOCKET/STATUS C DAFF

08/26/19  Request to accountant to complete tax returns sent today.

08/26/19 REVIEW DOCKET/STATUS C DAFF

8/21/19 JG reviewed the docket and confirmed no amendments have been filed.

07/23/19 REVIEW DOCKET-NO AMENDMENTS C. DAFF
--
7/17/19 JG reviewed the docket and confirmed no amendments have been filed.
--
06/21/19 Conference with Lynda Bui to act as special counsel to complete 5 claim objections for trustee.
--
06/15/19 REVIEW DOCKET-NO AMENDMENTS C. DAFF
--
5/30/19 JG reviewed the docket and confirmed no amendments have been filed.
--
02/20/19  Trustee conference with Thomas Casey re claim objections and representation to trustee
--
02/07/19  Trustee meeting with counsel to discuss objection to claims and 2004 Examinations.  Counsel to report to trustee on 02/14/19.

01/16/19 Trustee contacts, Alex Craigie, as special counsel to analyze and settle claim no 3.  Order entered to employ counsel on 12/13/18.
--
12/12/18 Order uploaded with Non Opposition to Employ Special Counsel to defend claim by Jennifer Boland
--
************************FOR PERIOD ENDING 09/30/18************************

ASSETS: The assets in this case are bank accounts and office equipment, desks, chairs, books and equipment.  The bank accounts were turned over from Bank of American to trustee immediately upon filing of the case.  An Order for Sale of a portion of the equipment for $6,000 was 10/20/17.  A hearing a a second motion to sell the remaining personal property is scheduled for hearing on 11/28/17 and Order Approving Sale entered on 12/06/17 for the sum of $32,000. The motor vehicles scheduled by the debtor are  subject to an order entered 12/29/17 to terminate the stay of lender.

TAXES: There are no tax issues at this time  The tax return for the corporate debtor were filed on 04/12/18. The tax returns have bee accepted by the state and federal tax agency without request for audit.  The trustee has employed Hahn Fife, Co. to prepare tax returns by order entered 01/24/17. The trustee has employed Christy White to prepare the Final Audit Report for the debtor per education code for closing of a charter school.  The order for Christy White employment was entered on 05/22/17.  The Final Audit has been

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 5

Case No.:   6:16-bk-19407-WJ

Case Name:    HOPE ACADEMY, INC.

For Period Ending:   12/09/2020

Trustee Name:   (001413) Charles Daff

Date Filed (f) or Converted (c):   10/21/2016 (f)

§ 341(a) Meeting Date:   11/22/2016

Claims Bar Date:   02/27/2017

submitted to the Superintendent of the Morongo School District.  The Final Audit is complete.

LITIGATION: There is no litigation in this case.

INSURANCE: There is no property which requires insurance at this time.

CLAIM OBJECTIONS:  On 06/05/18 the trustee scheduled objections to claims for the following claims: Claim No. 3, Claim No. 6, Claim No. 15, Claim No 16, Claim No 17, Claim No 22. The court entered an Order to Deny Trustee's Objection to Claims for lack of supporting evidence and law on 07/03/18.  Since the date of hearing the trustee and counsel have reviewed claims, contacted creditors, and still have not received responses from creditor to resolve issues with the claims.  The trustee will commence motion for 2004 examinations of the creditors to resolve accounting and document issues with the claims.

STATUS: The trustee is engaged with counsel to resolve issues with claims filed by creditors.  A second motion to object to claims is to be filed if necessary after the trustee conducts 2004 Examinations for claims 3, 6, 15 and 16.  Claims 17 and 22 maybe resolved by stipulation with creditors.  The case is ready for TFR upon conclusion of claim objections.
---
This case was filed as a chapter 7 case on October 2, 2016.  The 341a hearing was held on  November 22, 2016 and concluded. The trustee inspected the debtor's personal property assets prior to the 341 hearing with a proposed auctioneer.  The funds from the debtor's bank account was received by the trustee on November 15, 2016.
The trustee abandoned copiers, and office equipment subject to a secured lien by Wells Fargo on September 7, 2017.  The trustee delivered the student records and employee files to the Morongo School District  by order on entered on September 5, 2017.  (the debtor also delivered records to the school district at the time of filing the petition)  The trustee has attempted to abandon the office equipment etc. on two prior occasions.  Each attempt has been objected to by the Hi Desert Cultural Center who now has tendered an offer to buy this personal property.  Another portion of the personal property has been purchased for $6000 by order entered on 10/20/17.  The deadline for filing claims is 02/27/17.  There are claims objections to be made by the trustee.

STATUS: The trustee is engaged with counsel to resolve issues with claims filed by creditors.  A second motion to object to claims is to be filed if necessary after the trustee conducts 2004 Examinations for claims 3, 6, 15 and 16.  Claims 17 and 22 maybe resolved by stipulation with creditors.  The case is ready for TFR upon conclusion of claim objections.  10/23/18
--
Hearing on objections to claims scheduled for 06/05/18
--
03/23/18 Sent Final Audit to Brown Renick, Cathrine Casaldi, to review for any potential avoidance actions by the estate for transfers as described in the final audit. No actions to be taken per counsel.
--
03/12/18 The Final Audit is completed by accountant, Christy White.  The audit is submitted to State of California per email from accountant.
--
The trustee has collected all money of the debtor from bank accounts on 11/15/16.  The trustee has sold a portion of personal property per order entered 10/20/17 for $6000.  On 10/18/17 the trustee received a offer to purchase remaining personal property for $13,000 subject to court approval.  The trustee has employed Hahn Fife, Co. to prepare tax returns by order entered 01/24/17. The corporate tax returns are not prepared at this time.   The trustee has employed Christy White to prepare the Final Audit Report for the debtor per education code for closing of a charter school.  The order for Christy White employment was entered on 05/22/17.  A draft of the Final Audit is prepared subject to responses by the superintendent of the debtor for the audit questions.   The trustee is in active communication with the Morongo School District with the progress of this Final Audit.
--
***********************FOR PERIOD ENDING 09/30/17 ********************

INITIAL PROJECTED DATE: 10/1/19

ASSETS: The assets in this case are bank accounts and office equipment, desks, chairs, books and

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 6

Case No.:    6:16-bk-19407-WJ

**Trustee Name:**    (001413) Charles Daff

Case Name:    HOPE ACADEMY, INC.

**Date Filed (f) or Converted (c):**    10/21/2016 (f)

**§ 341(a) Meeting Date:**    11/22/2016

For Period Ending:    12/09/2020

**Claims Bar Date:**    02/27/2017

equipment.  The bank accounts were turned over from Bank of American to trustee immediately upon filing of the case.  An Order for Sale of a portion of the equipment for $6,000  was 10/20/17.  A hearing a a second motion to sell the remaining personal property is scheduled for hearing on 11/28/17. The motor vehicles scheduled by the debtor are  subject to an order entered 12/29/17 to terminate the stay of lender.

TAXES: There are no tax issues at this time  The trustee has employed Hahn Fife, Co. to prepare tax returns by order entered 01/24/17. The corporate tax returns are not prepared at this time.   The trustee has employed Christy White to prepare the Final Audit Report for the debtor per audit code for closing of a charter school.  The order for Christy White employment was entered on 05/22/17.  A draft of the Final Audit is prepared subject to responses by the Superintendent of the debtor for the audit questions.   The trustee is in active communication with the Morongo School District with the progress of this Final Audit.

LITIGATION: There is no litigation at this time.

INSURANCE: There is no insurance for the personal property.

STATUS: This case was filed as a chapter 7 case on October 2, 2016.  The 341a hearing was held on November 22, 2016 and concluded. The trustee inspected the debtor's personal property assets prior to the 341 hearing with a proposed auctioneer.  The funds from the debtor's bank account was received by the trustee on November 15, 2016.
The trustee abandoned copiers, and office equipment subject to a secured lien by Wells Fargo on September 7, 2017.  The trustee delivered the student records and employee files to the Morongo School District by order on entered on September 5, 2017.  (the debtor also delivered records to the school district at the time of filing the petition)  The trustee has attempted to abandon the office equipment etc. on two prior occasions. Each attempt has been objected to by the Hi Desert Cultural Center who now has tendered an offer to buy this personal property.  Another portion of the personal property has been purchased for $6000 by order entered on 10/20/17.  The deadline for filing claims is 02/27/17.  There are claims objections to be made by the trustee.

09/26/17 Serve Notice of Intent to Abandon Personal Property on all parties.
09/19/17 Deliver Student Records and all other staff, employee records to Morongo School District
09/18/17 Receipt of Draft of Final Audit from Christy White Accountants. Send to Attorney and Accountant for review of actions to take, if any.
05/23/17 Order to Employ Christy White accountants entered on 05/22/17
--
05/05/17- Notice of Voluntary Dismissal filed for Intent to Abandon Personal Property.
05/02/17  Application to employ Christy White Associates to complete final audit.  Withdraw the Notice of Abandonment and seek to sell the assets.  CD
---
04/14/17 Hope Academy (6:16-bk-19407-WJ) – We discovered multiple unscheduled UCC1s attached to the Debtor's personal property.  As the value of the personal property appears to be de minimis and, couples with the unscheduled UCC1s, there seems to be little benefit to the Estate.  A notice of proposed abandonment was filed so that the personal property is abandoned and the premises can be returned to the landlords as soon as practicable and thereby minimizing any administrative rents.  Creditor High Cultural Desert objected to our notice of abandonment.  We are the mist of attempting to get them to withdraw same.  Assume this effort is unsuccessful, we will proceed with the continued hearing on the proposed abandonment
--
We assisted the Estate in recovering 1.5 million from the Debtor's BOA bank accounts.  Our research shows that the UCC1s do not attached to the 1.5 million recovered as the secured creditors would need to have possession of said funds in order to have a perfected security interest.  Currently, we are awaiting the completion of the audit by the school which we will review for any potential avoidance/recovery for the benefit of the Estate.
--
02/27/17--receipt of letter from Morongo School District for records and final audit.  Abandonment pending per discussion with attorney for trustee
-----
Notice of Intent to Abandon Personal Property filed on 02/06/17.  CMA Auctioneer values total sale at $30,000 and cost to sell at $13,000.  The personal property is encumbered with secured debt.  No benefit to unsecured creditors by conducting sale.

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 7

**Case No.:**  6:16-bk-19407-WJ

**Case Name:**  HOPE ACADEMY, INC.

**Trustee Name:**  (001413) Charles Daff

**Date Filed (f) or Converted (c):**  10/21/2016 (f)

**§ 341(a) Meeting Date:**  11/22/2016

**For Period Ending:**  12/09/2020

**Claims Bar Date:**  02/27/2017

-----
motion to sell, employ auctioneer, and surcharge collateral set for hearing on 02/14/17
----
506 motion being prepared to liquidate personal property and carve out fees for administration.  auctioneer, motion to sell and 506 motion.  01/05/17

**Initial Projected Date Of Final Report (TFR):**  10/01/2019

**Current Projected Date Of Final Report (TFR):**  02/03/2020 (Actual)

12/09/2020

Date

/s/Charles Daff

Charles Daff

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 6:16-bk-19407-WJ | Trustee Name: | Charles Daff (001413) |
|---|---|---|---|
| Case Name: | HOPE ACADEMY, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0296 | Account #: | ******7700 Checking |
| For Period Ending: | 12/09/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/14/16 | {19} | George Hills Company, Inc | payment on insurance claim | 1290-000 | 24,000.00 | | 24,000.00 |
| 11/14/16 | {22} | Imperial Irrigation District | Customer refund credit/BP ******6406 | 1229-000 | 247.57 | | 24,247.57 |
| 11/14/16 | {21} | Bright House Networks | Customer refund for account *******7101 | 1229-000 | 214.86 | | 24,462.43 |
| 11/14/16 | {23} | DS Waters of America, Inc | Customer refund | 1229-000 | 23.08 | | 24,485.51 |
| 11/15/16 | | Bank of America | funds from bank account | | 1,487,079.89 | | 1,511,565.40 |
| | {2} | | payroll account | 1129-000 | | | |
| | | | $640.60 | | | | |
| | {1} | | checking account | 1129-000 | | | |
| | | | $141,128.19 | | | | |
| | {3} | | savings account | 1129-000 | | | |
| | | | $1,345,311.10 | | | | |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,013.01 | 1,510,552.39 |
| 12/19/16 | {20} | Coachella Valley Water District | Water damage claim Invoice No 000572619 | 1229-000 | 23.67 | | 1,510,576.06 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,166.78 | 1,508,409.28 |
| 01/27/17 | 101 | INTERNATIONAL SURETIES, LTD | payment on bond per invoice dated 01/19/17 | 2300-000 | | 283.06 | 1,508,126.22 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,313.87 | 1,505,812.35 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,021.60 | 1,503,790.75 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,235.08 | 1,501,555.67 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,015.78 | 1,499,539.89 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,372.55 | 1,497,167.34 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,153.45 | 1,495,013.89 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,078.68 | 1,492,935.21 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,362.30 | 1,490,572.91 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,072.50 | 1,488,500.41 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,283.72 | 1,486,216.69 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,137.70 | 1,484,078.99 |
| 12/05/17 | {13} | Morongo Unified School District | proceeds from sale of personal property $31,000 of total $32,000 sales price per Order entered 12/06/17 | 1129-000 | 31,000.00 | | 1,515,078.99 |
| 12/05/17 | {13} | Morongo Unified School District | proceeds from sale of personal property $1,000 of total $32,000 sale price per Order entered 12/06/17 | 1129-000 | 1,000.00 | | 1,516,078.99 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,098.76 | 1,513,980.23 |

Page Subtotals: **$1,543,589.07**     **$29,608.84**

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 6:16-bk-19407-WJ | **Trustee Name:** | Charles Daff (001413) | |
| **Case Name:** | HOPE ACADEMY, INC. | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***0296 | **Account #:** | ******7700 Checking | |
| **For Period Ending:** | 12/09/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,395.40 | 1,511,584.83 |
| 02/02/18 | 102 | International Sureties Inc. | Bond # 016030866 | 2300-000 | | 778.57 | 1,510,806.26 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,028.42 | 1,508,777.84 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,170.15 | 1,506,607.69 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,094.80 | 1,504,512.89 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,380.62 | 1,502,132.27 |
| 06/18/18 | {13} | David Zamora | payment per Order Approving Sale of Estate Property entered 10/20/17 for personal property at 1055 Bloomington Ave., Bloomington, CA 92316 | 1129-000 | 6,000.00 | | 1,508,132.27 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,091.45 | 1,506,040.82 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,310.63 | 1,503,730.19 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,234.99 | 1,501,495.20 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,151.83 | 1,500,343.37 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,356.47 | 1,498,986.90 |
| 01/28/19 | 103 | International Sureties Inc. | paid per invoice dated 01/18/19 | 2300-000 | | 701.77 | 1,498,285.13 |
| 03/13/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******3791 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX3791 | 9999-000 | | 1,498,285.13 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,549,589.07 | 1,549,589.07 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 1,498,285.13 | |
| **Subtotal** | 1,549,589.07 | 51,303.94 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,549,589.07** | **$51,303.94** | |

## Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 6:16-bk-19407-WJ | | | **Trustee Name:** | Charles Daff (001413) | |
| **Case Name:** | HOPE ACADEMY, INC. | | | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***0296 | | | **Account #:** | ******3791 Checking Account | |
| **For Period Ending:** | 12/09/2020 | | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/19 | | Transfer Credit from Rabobank, N.A. acct ******7700 | Transition Credit from Rabobank, N.A. acct XXXXXX7700 | 9999-000 | 1,498,285.13 | | 1,498,285.13 |
| 12/13/19 | {24} | The Law Office of YM&C, LLP | turn over of unearned fees from attorney client trust account | 1290-000 | 27,367.46 | | 1,525,652.59 |
| 01/17/20 | 1000 | International Sureties Inc. | bond# 01603086  paid per invoice dated 01/15/2020 | 2300-000 | | 924.99 | 1,524,727.60 |
| 05/06/20 | 1001 | Hahn Fife & Company | Distribution payment - Dividend paid at 100.00% of $2,688.00; Claim # ACCT; Filed: $2,688.00 | 3410-000 | | 2,688.00 | 1,522,039.60 |
| 05/06/20 | 1002 | Christy White Associates | Distribution payment - Dividend paid at 100.00% of $14,305.76; Claim # ACCT ; Filed: $14,305.76 | 3410-000 | | 14,305.76 | 1,507,733.84 |
| 05/06/20 | 1003 | Hahn Fife & Company | Distribution payment - Dividend paid at 100.00% of $258.00; Claim # ACCT EXP; Filed: $258.00 | 3420-000 | | 258.00 | 1,507,475.84 |
| 05/06/20 | 1004 | Christy White Associates | Distribution payment - Dividend paid at 100.00% of $237.01; Claim # ACCT EXP; Filed: $237.01 | 3420-000 | | 237.01 | 1,507,238.83 |
| 05/06/20 | 1005 | John Pringle Roquemore, Pringle, Morre, Inc | Distribution payment - Dividend paid at 100.00% of $1,487.28; Claim # ATTY EXP; Filed: $1,487.28 | 3220-000 | | 1,487.28 | 1,505,751.55 |
| 05/06/20 | 1006 | John P. Pringle Roquermore, Pringle & Moore, Inc. | Distribution payment - Dividend paid at 100.00% of $67,682.00; Claim # ATTY FEE; Filed: $67,682.00 | 3210-000 | | 67,682.00 | 1,438,069.55 |
| 05/06/20 | 1007 | Bank of America | Distribution payment - Dividend paid at 100.00% of $319.43; Claim # BANK CHARGES ; Filed: $319.43 | 2990-000 | | 319.43 | 1,437,750.12 |
| 05/06/20 | 1008 | Charles Daff | Distribution payment - Dividend paid at 100.00% of $70,558.70; Claim # FEE; Filed: $70,558.70 | 2100-000 | | 70,558.70 | 1,367,191.42 |
| 05/06/20 | 1009 | Alex Craigie | Distribution payment - Dividend paid at 100.00% of $2,844.00; Claim # SPC  FEE; Filed: $2,844.00 | 3210-600 | | 2,844.00 | 1,364,347.42 |
| 05/06/20 | 1010 | Charles Daff | Distribution payment - Dividend paid at 100.00% of $1,867.47; Claim # TE; Filed: $1,867.47 | 2200-000 | | 1,867.47 | 1,362,479.95 |
| 05/06/20 | 1011 | Howard Shangraw | Distribution payment - Dividend paid at 100.00% of $9,680.19; Claim # 16-2; Filed: $9,680.19 | 5300-000 | | 9,680.19 | 1,352,799.76 |
| 05/06/20 | 1012 | Kathleen Radnich | Distribution payment - Dividend paid at 100.00% of $6,183.67; Claim # 17-2; Filed: $6,183.67 | 5300-000 | | 6,183.67 | 1,346,616.09 |
| 05/06/20 | 1013 | Cesar Chavez Foundation Paul Park | Distribution payment - Dividend paid at 100.00% of $2,775.00; Claim # 5P; Filed: $2,775.00 | 5600-000 | | 2,775.00 | 1,343,841.09 |
| 05/06/20 | 1014 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $1,292.69; Claim # Employer Payroll; Filed: $1,292.69 Stopped on 06/17/2020 | 5800-000 | | 1,292.69 | 1,342,548.40 |
| 05/06/20 | 1015 | Employment Development Dept | Distribution payment - Dividend paid at 100.00% of $461.42; Claim # Employer Payroll; Filed: $461.42 Stopped on 06/11/2020 | 5800-000 | | 461.42 | 1,342,086.98 |
| 05/06/20 | 1016 | State Board of Equalization/Spec Ops MIC 55 | Distribution payment - Dividend paid at 100.00% of $1,094.00; Claim # 4; Filed: $1,094.00 | 5800-000 | | 1,094.00 | 1,340,992.98 |

**Page Subtotals:**  **$1,525,652.59**   **$184,659.61**

## Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 6:16-bk-19407-WJ | |
| **Case Name:** | HOPE ACADEMY, INC. | |
| **Taxpayer ID #:** | **-***0296 | |
| **For Period Ending:** | 12/09/2020 | |

| | |
|---|---|
| **Trustee Name:** | Charles Daff (001413) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******3791 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/06/20 | 1017 | Xerox Corporation c/o James K Haney Esq Wong Fleming | Distribution payment - Dividend paid at 38.63% of $118,353.88; Claim # 2; Filed: $118,353.88 | 7100-000 | | 45,718.96 | 1,295,274.02 |
| 05/06/20 | 1018 | Caskey & Holzman | Distribution payment - Dividend paid at 38.63% of $190,000.00; Claim # 3; Filed: $190,000.00 | 7100-000 | | 73,395.17 | 1,221,878.85 |
| 05/06/20 | 1019 | Cesar Chavez Foundation Paul Park | Distribution payment - Dividend paid at 38.63% of $112,568.98; Claim # 5U; Filed: $112,568.98 | 7100-000 | | 43,484.30 | 1,178,394.55 |
| 05/06/20 | 1020 | Morongo Unfied School District | Distribution payment - Dividend paid at 38.63% of $46,776.64; Claim # 6; Filed: $46,776.64 | 7100-000 | | 18,069.36 | 1,160,325.19 |
| 05/06/20 | 1021 | Howard & Howard Attorneys PLLC ATTN: Lisa Gretchko ATTN: Ryan Ellis | Distribution payment - Dividend paid at 38.63% of $28,180.25; Claim # 7; Filed: $28,180.25 | 7100-000 | | 10,885.76 | 1,149,439.43 |
| 05/06/20 | 1022 | DTW Partners | Distribution payment - Dividend paid at 38.63% of $944,259.00; Claim # 8; Filed: $944,259.00 | 7100-000 | | 364,758.08 | 784,681.35 |
| 05/06/20 | 1023 | DTW Partners | Distribution payment - Dividend paid at 38.63% of $36,662.00; Claim # 9; Filed: $36,662.00 | 7100-000 | | 14,162.17 | 770,519.18 |
| 05/06/20 | 1024 | DTW Partners | Distribution payment - Dividend paid at 38.63% of $261,184.00; Claim # 10; Filed: $261,184.00 | 7100-000 | | 100,892.84 | 669,626.34 |
| 05/06/20 | 1025 | P&N Company | Distribution payment - Dividend paid at 38.63% of $684,000.00; Claim # 12; Filed: $684,000.00 | 7100-000 | | 264,222.56 | 405,403.78 |
| 05/06/20 | 1026 | Wells Fargo Vendor Financial Services LLC | Distribution payment - Dividend paid at 38.63% of $354,458.23; Claim # 13; Filed: $354,458.23 | 7100-000 | | 136,923.77 | 268,480.01 |
| 05/06/20 | 1027 | Wells Fargo Financial Leasing Inc | Distribution payment - Dividend paid at 38.63% of $6,179.44; Claim # 14; Filed: $6,179.44 | 7100-000 | | 2,387.06 | 266,092.95 |
| 05/06/20 | 1028 | East West Bank | Distribution payment - Dividend paid at 38.63% of $79,920.00; Claim # 18; Filed: $79,920.00 Stopped on 06/17/2020 | 7100-000 | | 30,872.32 | 235,220.63 |
| 05/06/20 | 1029 | East West Bank | Distribution payment - Dividend paid at 38.63% of $10,250.23; Claim # 19; Filed: $10,250.23 Stopped on 06/17/2020 | 7100-000 | | 3,959.56 | 231,261.07 |
| 05/06/20 | 1030 | East West Bank | Distribution payment - Dividend paid at 38.63% of $233,760.00; Claim # 20; Filed: $233,760.00 Stopped on 06/17/2020 | 7100-000 | | 90,299.22 | 140,961.85 |
| 05/06/20 | 1031 | Hi-Desert Cultural Center | Distribution payment - Dividend paid at 38.63% of $330,792.89; Claim # 21; Filed: $330,792.89 | 7100-000 | | 127,782.08 | 13,179.77 |
| 05/06/20 | 1032 | Hi-Desert Cultural Center | Distribution payment - Dividend paid at 38.63% of $33,070.32; Claim # 22-2; Filed: $33,070.32 | 7100-000 | | 12,774.74 | 405.03 |
| 05/06/20 | 1033 | Young Minney & Corr, LLP | Distribution payment - Dividend paid at 38.63% of $1,048.50; Claim # 25; Filed: $1,048.50 | 7100-000 | | 405.03 | 0.00 |
| 06/11/20 | 1015 | Employment Development Dept | Distribution payment - Dividend paid at 100.00% of $461.42; Claim # Employer Payroll; Filed: $461.42 Stopped: check issued on 05/06/2020 | 5800-000 | | -461.42 | 461.42 |

| | | |
|---|---|---|
| **Page Subtotals:** | $0.00 | $1,340,531.56 |

## Form 2

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 6:16-bk-19407-WJ | Trustee Name: | Charles Daff (001413) |
|---|---|---|---|
| Case Name: | HOPE ACADEMY, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0296 | Account #: | ******3791 Checking Account |
| For Period Ending: | 12/09/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/17/20 | 1014 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $1,292.69; Claim # Employer Payroll; Filed: $1,292.69 Stopped: check issued on 05/06/2020 | 5800-000 | | -1,292.69 | 1,754.11 |
| 06/17/20 | 1028 | East West Bank | Distribution payment - Dividend paid at 38.63% of $79,920.00; Claim # 18; Filed: $79,920.00 Stopped: check issued on 05/06/2020 | 7100-000 | | -30,872.32 | 32,626.43 |
| 06/17/20 | 1029 | East West Bank | Distribution payment - Dividend paid at 38.63% of $10,250.23; Claim # 19; Filed: $10,250.23 Stopped: check issued on 05/06/2020 | 7100-000 | | -3,959.56 | 36,585.99 |
| 06/17/20 | 1030 | East West Bank | Distribution payment - Dividend paid at 38.63% of $233,760.00; Claim # 20; Filed: $233,760.00 Stopped: check issued on 05/06/2020 | 7100-000 | | -90,299.22 | 126,885.21 |
| 06/19/20 | | To Account #******8502 | transfer re: account ******8502 compromised | 9999-000 | | 126,885.21 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 1,525,652.59 | 1,525,652.59 | $0.00 |
| | Less: Bank Transfers/CDs | | 1,498,285.13 | 126,885.21 | |
| | Subtotal | | 27,367.46 | 1,398,767.38 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $27,367.46 | $1,398,767.38 | |

# Form 2

Exhibit 9
Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 6:16-bk-19407-WJ | Trustee Name: | Charles Daff (001413) |
|---|---|---|---|
| Case Name: | HOPE ACADEMY, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0296 | Account #: | ******8502 Checking |
| For Period Ending: | 12/09/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/19/20 | | To Account #******8502 | transfer re: account ******8502 compromised | 9999-000 | 126,885.21 | | 126,885.21 |
| 06/25/20 | 101 | East West Bank | distribution on claim# 18 @38.63% case# 6:16-bk-19407 JW Hope Academy Inc | 7100-000 | | 30,872.32 | 96,012.89 |
| 06/25/20 | 102 | East West Bank | istribution on claim# 19 @38.63% case# 6:16-bk-19407 JW Hope Academy Inc | 7100-000 | | 3,959.56 | 92,053.33 |
| 06/25/20 | 103 | East West Bank | istribution on claim# 20 @38.63% case# 6:16-bk-19407 JW Hope Academy Inc | 7100-000 | | 90,299.22 | 1,754.11 |
| 07/21/20 | 104 | Employment Development Dept | payment on payroll wage claims for state of california Stopped on 08/12/2020 | 5800-000 | | 461.42 | 1,292.69 |
| 07/21/20 | 105 | Internal Revenue Service | payment of payroll wage claim to Internal Revenue Service | 5800-000 | | 1,292.69 | 0.00 |
| 08/12/20 | 104 | Employment Development Dept | payment on payroll wage claims for state of california Stopped: check issued on 07/21/2020 | 5800-000 | | -461.42 | 461.42 |
| 10/14/20 | 106 | Employment Development Dept | DE 88 for report of wages on period ending 07/31/20  FEIN 38-3840296 | 5800-000 | | 461.42 | 0.00 |

|  | | COLUMN TOTALS | | | 126,885.21 | 126,885.21 | $0.00 |
|  | | Less: Bank Transfers/CDs | | | 126,885.21 | 0.00 | |
|  | | Subtotal | | | 0.00 | 126,885.21 | |
|  | | Less: Payments to Debtors | | | | 0.00 | |
|  | | NET Receipts / Disbursements | | | $0.00 | $126,885.21 | |

## Form 2

Exhibit 9
Page: 7

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 6:16-bk-19407-WJ | | **Trustee Name:** | Charles Daff (001413) |
| **Case Name:** | HOPE ACADEMY, INC. | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0296 | | **Account #:** | ******8502 Checking |
| **For Period Ending:** | 12/09/2020 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $1,576,956.53 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,576,956.53 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7700 Checking | $1,549,589.07 | $51,303.94 | $0.00 |
| ******3791 Checking Account | $27,367.46 | $1,398,767.38 | $0.00 |
| ******8502 Checking | $0.00 | $126,885.21 | $0.00 |
| | **$1,576,956.53** | **$1,576,956.53** | **$0.00** |

| | |
|---|---|
| 12/09/2020 | /s/Charles Daff |
| Date | Charles Daff |

UST Form 101-7-TDR (10 /1/2010)